# EXHIBIT O





Important Safety Information | Prescribing Information | Medication Guide | Healthcare Provider Site »

# Get savings, mentoring, and support

tAccess is a support and mentoring program that provides helpful tips, tools, and more.



**By signing up for tAccess, you may receive:**

- Your own TRINTELLIX Savings Card that may allow you to pay no more than $10 per prescription*
- A Support Mentor who is available to help provide tips and tools to help you stay on track to take your medication as prescribed by your healthcare provider
- Emails to help educate and provide support with useful downloadable tools

Sign Up for Savings Card Activation and Support | Sign Up for Support Only

Are you covered by Medicare, Medicaid, or any other government insurance? Or are you currently in the coverage gap, or have insurance that is paying the entire cost of the prescription, or are you a cash paying patient?

○ Yes ○ No

All fields mandatory except where marked optional.

☐ Activate / I already have a Savings Card

**First Name:** [                    ]

**Last Name:** [                    ]

**Email:** [                    ]

**Confirm Email:** [                    ]

**Date of Birth:** [ Month ▼ ] [ Day ▼ ] [ Year ▼ ]

**ZIP:** [                    ]

**Phone Number:** [                    ]

**TRINTELLIX patients are eligible for additional support from tAccess Support Mentors**

☐ Yes, I agree to the terms and conditions of the tAccess Support Program. I hereby consent to receive text messages and/or autodialed and/or pre-recorded calls at the telephone number provided above. I understand this consent is not a condition of purchase or use of TRINTELLIX or any product or service. I understand that I may revoke this consent at any time.

[Click here for SMS Terms & Conditions ▼](#)

☐ I would like to have information about TRINTELLIX delivered to my home.

**Select one:**

○ I am currently taking TRINTELLIX

○ I have received a prescription for TRINTELLIX but have not yet filled it

○ I am interested in learning more about TRINTELLIX for myself

Case 2:18-cv-00784-PA-JC   Document 73-15   Filed 06/11/18   Page 4 of 9   Page ID #:554



○ I am interested in learning more about TRINTELLIX for someone I care for

**Your consent**

☐ By enrolling, you give permission to use your personal information to receive product and disease-state information from Takeda Pharmaceuticals U.S.A., Inc., its affiliates, service providers, and co-promotion partners. You may revoke your permission at any time.

*I Agree*

**\*Eligibility Requirements:** This offer cannot be used if you are a beneficiary of, or any part of your prescription is covered by: (1) any non-employee federal or state government healthcare program (Medicare, Medicaid, TriCARE, etc.) including a state pharmaceutical assistance program, (2) the Medicare Prescription Drug Program (Part D), or if you are currently in the coverage gap, or (3) insurance that is paying the entire cost of the prescription.

## Financial Assistance

Visit [Takeda Help At Hand](#) to learn more.



# Mail-in Rebate

Patient mail-in rebate forms and information on how to complete and submit are available at [www.patientrebateonline.com](http://www.patientrebateonline.com). You may also request one by calling 1-866-279-8995.

# Frequently Asked Questions

### How do I register for the TRINTELLIX Savings Card?

You can [register for the TRINTELLIX Savings Card here](#). If you are having trouble signing up online, you can also call 1-866-279-0287 to register.



### How do I activate and use the Savings Card that I got from my healthcare provider in the brochure?

You can [activate the TRINTELLIX Savings Card here](#) that you received from a brochure or call 1-866-279-0287. You will be asked for the ID number on the card.

### What are the benefits of the TRINTELLIX Savings Card?

With the TRINTELLIX Savings Card, you have access to save on TRINTELLIX prescriptions and refills. You also get free access to the [TRINTELLIX Support Program](#), tAccess, which provides support for people with depression.

### Am I eligible for the TRINTELLIX Savings Card?

The TRINTELLIX Savings Card offer cannot be used if you are a beneficiary of, or any part of your prescription is covered by: (1) any non-employee federal or state government healthcare program (Medicare, Medicaid, TriCARE, etc.) including a state pharmaceutical assistance program, (2) the Medicare Prescription Drug Program (Part D), or if you are currently in the coverage gap, or (3) insurance that is paying the entire cost of the prescription.

### I lost my TRINTELLIX Savings Card. How do I get a replacement card?

To receive a replacement card, call 1-866-279-0287 and follow the instructions provided. A printed card will be mailed to the address provided. You can take your card or card number to the pharmacy when you fill your next prescription.

### If I am ineligible to receive the Savings Card, can I still receive news and other information about TRINTELLIX?

Yes. If you are ineligible for the TRINTELLIX Savings Card or you do not want to participate in the TRINTELLIX Support Program, you can still get information about TRINTELLIX by [registering here](#).

### I have general questions about the TRINTELLIX Support Program. Whom do I contact?

For general information on the TRINTELLIX Support Program, call 1-866-279-0287.

### Are there any assistance programs available to help cover my TRINTELLIX prescription?

Help At Hand is a program designed to provide options for receiving free or low-cost medicines. Find out if [Help At Hand](#) has an option for you.



### How do I use my TRINTELLIX Savings Card?

Take your prescription for TRINTELLIX and your Savings Card to your pharmacist. *Must meet eligibility requirements. Eligible patients will pay no more than $10 per 30-day prescription or up to $30 per 90-day prescription. Maximum savings of $1200 per 12-month period.

### I registered for the TRINTELLIX Savings Card online. Will I also get a card mailed to me?

No. Once you use the card you received online, the pharmacist will enter it into your profile at the pharmacy.

### How do I activate and use the TRINTELLIX Savings Card that I received online?

Once you sign up for the TRINTELLIX Savings Card online, you will receive your activated card online immediately. You can print the Savings Card and use it right away.

### I'm having trouble activating my Savings Card online.

Please wait a few minutes, and then try to activate your TRINTELLIX Savings Card again. If you are still experiencing problems, please call 1-866-279-0287 to activate it.

### What should I do if the pharmacy can't process my Savings Card?

If the pharmacy has difficulty processing your card, have the pharmacy follow the steps on the back of your TRINTELLIX Savings Card. The pharmacy can also call 1-866-279-0287 for processing questions.

### My pharmacist couldn't process my card or doesn't accept the card, and I have already paid for my prescription. Can I still receive the instant savings?

If you have already paid for your prescription, please visit www.patientrebateonline.com and follow the instructions. If you need further information, call 1-866-279-0287.

### I have the TRINTELLIX Savings Card, but I get my prescriptions via mail order. Can I still get the discount? What forms do I need?

Yes. Please visit www.patientrebateonline.com and follow the instructions. If you need further information, call 1-866-279-0287.



## I've already paid for my prescription of TRINTELLIX. Is there a mail-in rebate available?

Patient mail-in rebate forms and information on how to complete and submit them are available at www.patientrebateonline.com. You may also request one by calling 1-866-279-0287.

---

### Suicidal Thoughts and Actions and Antidepressant Drugs

**Antidepressants may increase suicidal thoughts or actions in some children, teens or young adults within the first few months of treatment or when the dose is changed. Depression or other serious mental illnesses are the most important causes of suicidal thoughts or actions. People who have (or have a family history of) bipolar illness, or suicidal thoughts or actions may have a particularly high risk. Pay close attention to any changes, especially sudden changes in mood, behavior, thoughts or feelings. Call your healthcare provider right away if symptoms such as anxiety, irritability, impulsivity, trouble sleeping, aggressive behavior or suicidal thoughts are new, worse or worry you. TRINTELLIX has not been evaluated for use in patients under 18.**

**Do not take TRINTELLIX if you:**

- Are allergic to vortioxetine or any of the ingredients in TRINTELLIX
- Take a Monoamine Oxidase Inhibitor (MAOI). Ask your healthcare provider or pharmacist if you are not sure if you take an MAOI, including the antibiotic linezolid; do not take an MAOI within 21 days of stopping TRINTELLIX; do not start TRINTELLIX if you stopped taking an MAOI in the last 14 days

**TRINTELLIX may cause serious side effects including:**

**Serotonin Syndrome:** A potentially life-threatening problem that can happen when medicines such as TRINTELLIX are taken with certain other medicines. Symptoms may include agitation, hallucinations, coma or other changes in mental status; problems controlling movements or muscle twitching, stiffness or tightness; fast heartbeat, high or low blood pressure; sweating or fever; nausea, vomiting or diarrhea.

**Abnormal bleeding or bruising:** TRINTELLIX and other serotonergic antidepressant medicines may increase your risk of bleeding or bruising, especially if you take the blood thinner warfarin (Coumadin®, Jantoven®), a non-steroidal anti-inflammatory drug (NSAID), or aspirin.

**Manic episode:** Symptoms may include greatly increased energy; severe trouble sleeping; racing thoughts; reckless behavior; unusually grand ideas; excessive happiness or irritability; talking more or faster than usual.

**Visual problems:** May include eye pain, changes in vision, swelling or redness in or around the eye. Only some people are at risk for these problems. You may want to undergo an eye examination to see if you are at risk and receive preventative treatment if you are.

**Low salt (sodium) levels in the blood:** Symptoms may include headache; difficulty concentrating, memory changes or confusion; weakness and unsteadiness on your feet; and in severe or sudden cases hallucinations, fainting, seizures or coma. If not treated, severe low sodium levels can cause

death.

**Before starting TRINTELLIX, tell your healthcare provider if** you have or had liver problems, seizures or convulsions, bipolar disorder (manic depression) or mania, low salt (sodium) levels in your blood, bleeding problems, drink alcohol, have any other medical conditions or if you are pregnant, nursing, plan to become pregnant, or plan to nurse.

**TRINTELLIX and some medicines may interact with each other, may not work as well, or may cause serious side effects when taken together.** Tell your healthcare provider if you plan on or are taking any other prescription and non-prescription medicines, vitamins and herbal supplements including medicines for migraine headaches, such as triptans; medicines used to treat mood, anxiety, psychotic or thought disorders such as tricyclics, lithium, SSRIs, SNRIs, bupropion, buspirone or antipsychotics; MAOIs including linezolid (a specific antibiotic); over-the-counter supplements such as tryptophan or St. John's wort; and the following medicines: aspirin, NSAIDs, warfarin (Coumadin®, Jantoven®), diuretics, rifampicin, carbamazepine, phenytoin, quinidine, tramadol or fentanyl.

**Common side effects of TRINTELLIX include:** nausea, constipation or vomiting. These are not all the possible side effects of TRINTELLIX.

**Do not start or stop taking TRINTELLIX without talking to your healthcare provider first.** Suddenly stopping TRINTELLIX when you take higher doses may cause you to have side effects including headache, stiff muscles, mood swings, sudden outbursts of anger, dizziness or feeling lightheaded, or runny nose.

Until you know how TRINTELLIX affects you, do not drive, operate heavy machinery or engage in other dangerous activities.

Avoid drinking alcohol while taking TRINTELLIX.

Talk to your healthcare provider.

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit www.fda.gov/medwatch or call 1-800-FDA-1088.

## Indication for TRINTELLIX

TRINTELLIX is a prescription medicine used to treat Major Depressive Disorder (MDD) in adults.

**Please see** Prescribing Information, **including** Medication Guide **for TRINTELLIX.**

Back to Top

---

This site is intended for use by U.S. residents only.

Privacy Policy | Terms of Use | Contact Us | Unsubscribe | Information for Non-U.S. Residents

TRINTELLIX is a trademark of H. Lundbeck A/S registered with the U.S. Patent and Trademark Office and used under license by Takeda Pharmaceuticals America.

©2017 Takeda Pharmaceuticals U.S.A., Inc.


