JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN WEISBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TAKEDA PHARMACEUTICALS U.S.A., Inc.,<br><br>Defendant. | CASE NO.: 2:18-CV-00784 PA (JCx)<br><br>*Assigned for all purposes to*<br>*The Honorable Percy Anderson*<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE** |

# ORDER

The Court, having considered the parties' Joint Stipulation for Dismissal with Prejudice of Plaintiff's Claims, and finding good cause shown, HEREBY ORDERS:

1. All of the claims that Plaintiff asserts or has asserted in this action are hereby **DISMISSED WITH PREJUDICE**.

2. Except as the Parties have otherwise agreed, the Parties shall bear their own costs and attorneys' fees.

The Clerk shall enter judgment and close the case.

**IT IS SO ORDERED.**

Dated: February 5, 2019

_____
Percy Anderson
United States District Judge